UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXT/INGLE HOLDINGS, LLC, a Delaware limited liability company, and NEXT NRG OPS, LLC, f/k/a NEXTNRG, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GSPP HOLDCO III, LLC, a New York limited liability company and GREEN STREET POWER PARTNERS LLC, a New York limited liability company,<br><br>Defendants. | Case No.  1:25-cv-09836-GBD |

## NOTICE OF DEFENDANTS' MOTION TO DIMISS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Defendants GSPP Holdco III, LLC and Green Street Power Partners LLC ("Defendants" or "GSPP"), by its undersigned counsel, hereby moves this Court before the Honorable George B. Daniels for an order dismissing the Complaint filed in this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such further relief as this Court deems just and proper. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint.

Dated: January 23, 2026

Respectfully submitted,

**BLANK ROME LLP**
By: */s/ Michael D. Silberfarb*
Michael D. Silberfarb: MS-9678
1271 Avenue of the Americas
New York, NY 10020
Phone: 212-885-5356
Email: Michael.Silberfarb@blankrome.com

*Counsel for Defendants*

006125.00001/156413997v.1