**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEXT/INGLE HOLDINGS, LLC, a Delaware limited liability company, and NEXT NRG OPS, LLC, f/k/a NEXTNRG, LLC, a Delaware limited liability company,

Plaintiffs,

v.

GSPP HOLDCO III, LLC, a New York limited liability company, and GREEN STREET POWER PARTNERS, LLC, a New York limited liability company,

Defendants.

Case No. 1:25-cv-09836-GBD

**ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS**

**ORDER**

Upon the foregoing stipulated motion and pursuant to Local Civil Rule 1.4(b), the Court orders as follows.

Ainsworth Gorkin PLLC is substituted as counsel of record for Plaintiffs Next/Ingle Holdings, LLC and Next NRG Ops, LLC, f/k/a NextNRG, LLC.

Haynes and Boone, LLP, The Bernstein Law Firm, and all attorneys affiliated with those firms who have appeared for Plaintiffs are relieved as counsel of record.

This substitution does not modify any existing deadline or date for a court appearance. The Clerk of Court is respectfully directed to update the docket accordingly.

**SO ORDERED.**

Dated: New York, New York
AUG 17 2026, 2026

George B. Daniels

**HON. GEORGE B. DANIELS**
United States District Judge