BLANKROME
1271 Avenue of the Americas | New York, NY 10020

Phone: +1 (212) 885-5356
Fax: +1 (212) 885-5001
Email: michael.silberfarb@blankrome.com

October 29, 2026

**VIA ECF**

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.
Dated: OCT 29 2026

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Next/Ingle Holdings, LLC, et al. v. GSPP Holdco III, LLC, et al.*
(Civil Action No. 1:25-cv-9836-GBD)

Dear Judge Daniels:

We represent GSPP Holdco III, LLC and Green Street Power Partners, LLC (together, "GSPP") in the above captioned case. We are in receipt of the Court's letter, dated October 19, 2026, which asked the parties to update their Rule 7.1 disclosure statements by no later than November 2, 2026. We respectfully write to seek an extension through November 16, 2026 to update GSPP's disclosure statement. We request this extension because compliance with the Court's Order requires GSPP to obtain information from numerous non-parties. While we have reached out to those parties, we have not received responses.

No previous requests for an extension have been made. Opposing counsel has consented to this request. GSPP respectfully requests an extension of this deadline until November 16, 2026.

We very much appreciate the Court's attention to this matter.

Respectfully,

*/s/ Michael D. Silberfarb*

Michael D. Silberfarb

cc: All counsel of record (via ECF notification)