**Ainsworth Gorkin**
Attorneys at Law

ainsworthgorkin.com
(212) 913-0217

1188 President Street, Suite 203
Brooklyn, New York 11225

November 2, 2026

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: NOV 04 2026

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Next/Ingle Holdings, LLC, et al. v. GSPP Holdco III, LLC, et al.*
No. 25 Civ. 9836 (GBD)

Dear Judge Daniels:

On behalf of Plaintiffs Next/Ingle Holdings, LLC and Next NRG OPS, LLC, I respectfully request a two-week extension, from November 2 to November 16, 2026, to file their amended Rule 7.1(a)(2) disclosure statements and their letter addressing diversity jurisdiction under 28 U.S.C. § 1332(a), as directed by the Court's October 19 Order. This is Plaintiffs' first request to extend these deadlines. Counsel for Defendants consents to the requested extension.

On October 29, the Court granted Defendants' request, made with Plaintiffs' consent, for an extension through November 16 to obtain citizenship information from nonparties and amend their own disclosures. (ECF Nos. 43–44.) To identify the applicable subsection of § 1332(a), as the Court has directed, Plaintiffs must account for Defendants' citizenship as well as their own. The extension would give Plaintiffs time to verify the citizenship of their own members and to take the information Defendants obtain into account when preparing the jurisdictional letter.

To preserve the one-week response period in the October 19 Order, Plaintiffs also propose extending the deadline for Defendants' response, if any, from November 9 to November 23, 2026.

Respectfully submitted,

/s/ Yeshaya Gorkin
Yeshaya Gorkin
Counsel for Plaintiffs

cc: All counsel of record (via ECF)